**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOHN J. JERUE TRUCK BROKER, INC.,

       Plaintiff,

v.                                                  Case No.  8:08-cv-516-T-24 TBM

EXPRESS TRANSPORT GROUP, INC.,

       Defendant.
_____/

**<u>ORDER</u>**

      This cause comes before the Court on Plaintiff's Motion for Default Final Judgment (Doc. No. 18).

      Plaintiff filed its Complaint on March 19, 2008 (Doc. No. 1). Defendant was served on April 11, 2008 (Doc. No. 13), and Defendant's response to the Complaint was due on May 1, 2008.  Defendant did not file a response to the Complaint, and Plaintiff moved for entry of default on May 9, 2008 (Doc. No. 15).  The Clerk entered default on May 12, 2008 (Doc. No. 17).

      Plaintiff alleges the following in the Complaint: Plaintiff, a transportation broker in the trucking industry, brokered to Defendant a shipment of produce for transportation from California to Florida for Plaintiff's customer, Whole Foods Produce.  Defendant accepted the shipment and agreed to transport the produce at temperatures between thirty-four and thirty-six degrees Fahrenheit, as required by the customer's shipping instructions.  Upon delivery, Whole Foods Produce rejected the shipment because the produce was not delivered within the specified temperature range.  As a result, Plaintiff was required to pay $34,380.19 to Whole Foods Produce for the value of the unacceptable produce.  Plaintiff claims damages in the amount of

$26,475.28 -- the value of the shipment less a set-off for other amounts owed to Defendant by Plaintiff.

Plaintiff also seeks prevailing party attorney's fees and costs under a provision of the Broker-Carrier Agreement between Plaintiff and Defendant (Doc. No. 1, Ex. A).  In support of this claim, Plaintiff has submitted the affidavit of Plaintiff's counsel (Doc. No. 18, Ex. B), the billing records of Plaintiff's counsel (Doc. No. 18, Ex. B), and the affidavit of a disinterested attorney as to the reasonableness of the fees and costs incurred (Doc. No. 19).  The Court has reviewed these materials and has determined that both the number of hours billed and the hourly billing rate are reasonable.

Accordingly, it is **ORDERED AND ADJUDGED** that :

(1) Plaintiff's Motion for Default Final Judgment (Doc. No. 18) is **GRANTED**.

(2) The Clerk is directed to enter Final Default Judgment against the Defendant in the total amount of **$31,226.27**, representing $26,475.28 in damages, $4,290.00 in attorney's fees, and $460.99 in costs.

(3) The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Tampa, Florida this 20th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Defendant